

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2014

No. 04-14-00515-CV

**SPECIALTY SELECT CARE CENTER OF SAN ANTONIO**, L.L.C. d/b/a Casa Rio
Healthcare and Rehabilitation,
Appellant

v.

Adolfo R. **JUIEL**, Individually, Anna A. Juiel, Individually and on behalf of Isaac Juiel,
individually, and as all Heirs of the Estate of Bertha Juiel, deceased and Lisa Ochoa, as
Representative of the Estate of Nora Nieto, deceased,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04911
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant has filed a Motion to Stay Trial Court Proceedings pending resolution of this appeal.  If appellee wishes to respond to appellant's motion, appellee must do so <u>no later than noon on July 28, 2014</u>.  If appellee has not filed a response by noon on July 28, 2014, this court will rule on appellant's motion without benefit of a response from appellee.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court